# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

LEONARDO ELECTRONICS US INC.,

                Petitioner,                20 **CIVIL** 7773 (MKV)

    -against-                      **JUDGMENT**

NOMIR MEDICAL TECHNOLOGIES, INC.

                Respondent.

-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 3, 2021, the Court construes Petitioner's Unopposed Motion for a Default Judgment as an Unopposed Motion for Summary Judgment, consistent with Second Circuit precedent. The Motion is GRANTED and the Arbitration Award is hereby confirmed. Judgment is entered for Petitioner in the amount of $7,654,997.25; accordingly, the case is closed.

**Dated:**  New York, New York

      February 4, 2021

                                              **RUBY J. KRAJICK**

                                              **Clerk of Court**

                      **BY:**    *K. Mango*

                                              **Deputy Clerk**